FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 29 2009

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| E. JOHN HOSCH, Individually; CENTRE EQUITIES, Inc., a Georgia Corporation; and CHEROKEE INVESTMENTS, LLC, A Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL A. PROZER, III individually; XCHANGEAGENT, INC., a Florida Corporation; XA WORLDWIDE, INC., a Florida Corporation; AA&M HOLDINGS, LLC, a Florida Limited Liability Company, and WACHOVIA BANK, N.A.,<br><br>Defendants. | )<br>)<br>)<br>) CIVIL ACTION FILE<br>) NO. 1-09-CV-1143<br>)<br>) (Removed from the Superior Court<br>) of Cobb County, State of Georgia,<br>) Civil Action File No. 09-10-2758-34)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |


WSD

## NOTICE OF REMOVAL TO PLAINTIFF

TO: E. John Hosch, Centre Equities, Inc., and Cherokee Investments, LLC
By and through their attorney of record,
Joel S. Wadsworth, Esq.
The Wadsworth Firm
2625 Piedmont Road #56-304
Atlanta, GA 30324

**PLEASE TAKE NOTICE** that on or about April 29, 2009, Wachovia Bank, N.A., Defendant in the civil action entitled *E. John Hosch, Centre Equities, Inc. and Cherokee Investments, LLC v. Michael A. Prozer, III, Xchangeagent, Inc.,*

WCSR 4117999v1

*XA Worldwide, Inc., AA&M Holdings, LLC and Wachovia Bank, N.A.*, Civil Action File No. 09-1-2758-34, Superior Court of Cobb County, Georgia (the "Superior Court Action"), removed the Superior Court Action to the United States District Court for the Northern District of Georgia (the "District Court") by filing its Notice of Removal with the District Court. A copy of that Notice of Removal is herewith served upon you, and a copy of the Notice is also being filed with the Clerk of the Superior Court of Fulton County, Georgia, pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted this 29th day of April, 2009.

> **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
> *A Professional Limited Liability Company*
>
> By: _____
> Robert R. Ambler, Jr.
> Georgia Bar No. 014462
> John G. Perry
> Georgia Bar No. 141609
> BB&T Building, Atlantic Station
> 271 17th Street, NW, Suite 2400
> Atlanta, Georgia 30363-1017
> Phone: (404) 872-7000
> rambler@wcsr.com
> joperry@wcsr.com
>
> **Attorneys for Defendant Wachovia Bank, N.A.**

WCSR 4117999v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing has been served upon counsel of record by placing same in the United States postal service with proper postage affixed thereto and addressed to the following:

>Joel S. Wadsworth, Esq.
>The Wadsworth Firm
>2625 Piedmont Road #56-304
>Atlanta, GA 30324
>(404) 261-2122
>jsw@joelwadsworth.com
>
>*Counsel for Plaintiffs*

This 29th day of April, 2009.

_____
Robert R. Ambler, Jr.
Georgia Bar No. 014462

WCSR 4117999v1