IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| E. JOHN HOSCH, Individually; CENTRE EQUITIES, INC., a Georgia Corporation; and CHEROKEE INVESTMENTS, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL PROZER, Individually; XCHANGEAGENT, INC., a Florida Corporation; XA WORLDWIDE, INC., a Florida Corporation; AA&M HOLDINGS, LLC, a Florida Limited Liability Company; and WACHOVIA BANK, N.A.,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br>1:09-CV-001143-TWT |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, E. JOHN HOSCH, CENTRE EQUITIES, INC., and CHEROKEE INVESTMENTS, LLC, in accordance with Fed. R. Civ. Pro. § 41(a)(1), hereby dismiss their complaint, as amended, without prejudice. As of this date, none of the defendants have served an answer or motion for summary judgment in this matter.

This 29th day of September, 2009.

[SIGNATURE ON FOLLOWING PAGE]

{00017771.DOCX}

Respectfully submitted,

**GRAY KING CHAMBERLIN & MARTINEAU LLC**

*/s/ William E. Gray II*
William E. (Bo) Gray II
Georgia Bar No. 306460
Dwight Chamberlin
Georgia Bar No. 107701
Attorneys for Plaintiffs

P.O. Box 467277
Atlanta, GA   31146-7277
Telephone:      (770) 391-8539
Facsimile:      (404) 393-0478

{00017771.DOCX}

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| E. JOHN HOSCH, Individually; CENTRE EQUITIES, INC., a Georgia Corporation; and CHEROKEE INVESTMENTS, LLC, a Delaware Limited Liability Company,<br><br>  Plaintiffs,<br><br>v.<br><br>MICHAEL PROZER, Individually; XCHANGEAGENT, INC., a Florida Corporation; XA WORLDWIDE, INC., a Florida Corporation; AA&M HOLDINGS, LLC, a Florida Limited Liability Company; and WACHOVIA BANK, N.A.,<br><br>  Defendants. | **CIVIL ACTION FILE NO.:**<br>**1:09-CV-001143-TWT** |

**LOCAL RULE 7.1 COMPLIANCE CERTIFICATE**

Pursuant to L.R. 7.1D, this is to certify that the foregoing **PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE** complies with the font and point selections approved by the Court in L.R. 5.1B. The foregoing Notice was prepared on a computer using the Courier New font (12 point).

                              **GRAY KING CHAMBERLIN &**
                              **MARTINEAU LLC**


                              **/s/ William E. Gray II**
                              William E. (Bo) Gray II
                              Georgia Bar No. 306460
                              Dwight Chamberlin
                              Georgia Bar No. 107701
                              Attorneys for Plaintiffs

```
P.O. Box 467277
Atlanta, GA   31146-7277
Telephone:      (770) 391-8539
Facsimile:      (404) 393-0478
```

4

{00017771.DOCX}

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| E. JOHN HOSCH, Individually; CENTRE EQUITIES, INC., a Georgia Corporation; and CHEROKEE INVESTMENTS, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL PROZER, Individually; XCHANGEAGENT, INC., a Florida Corporation; XA WORLDWIDE, INC., a Florida Corporation; AA&M HOLDINGS, LLC, a Florida Limited Liability Company; and WACHOVIA BANK, N.A.,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br>1:09-CV-001143-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that I filed a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court for the United States District Court for the Northern District of Georgia – Atlanta Division via the CM/ECF system which will send notification of such filing to the following:

Scott G. Blews, Esq.
Taylor English Duma LLP
1600 Parkwood Circle
Suite 400
Atlanta, GA  30339

5

{00017771.DOCX}

John G. Perry, Esq.
Robert R. Ambler, Jr., Esq.
Womble Carlyle Sandridge & Rice
Suite 2400
271 17th Street N.W.
Atlanta, GA  30363-1017

Joel S. Wadsworth, Esq.
The Wadsworth Firm
2625 Piedmont Road, N.E.
Suite 56-304
Atlanta, GA  30324

This 29th day of September, 2009.

**GRAY KING CHAMBERLIN & MARTINEAU LLC**

*/s/ William E. Gray II*
William E. (Bo) Gray II
Georgia Bar No. 306460
Attorneys for Plaintiffs

P.O. Box 467277
Atlanta, GA  31146-7277
Telephone:     (770) 391-8539
Facsimile:     (404) 393-0478